IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
KENNETH EDWARD JERNIGAN, as  )
Personal Representative of   )
the Estate of Sarah Louise   )
Jernigan, deceased,          )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )        1:11cv834-MHT
                             )            (WO)
KUBOTA CORPORATION, a        )
corporation; et al.,         )
                             )
    Defendants.              )
```

**JUDGMENT**

Pursuant to the notice of voluntary dismissal (doc. no. 44), it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's negligent and wanton-failure-to-warn claims are dismissed.

The court assumes that defendants have no objection to the allowance of the dismissal; however, if they do, they must file the objection within seven days from the date of this order.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed.**

**DONE, this the 3rd day of August, 2012.**

                                   /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**