```
            IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

              MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


KENNETH EDWARD JERNIGAN, as  )
Personal Representative of   )
the Estate of Sarah Louise   )
Jernigan, deceased,          )
                             )
     Plaintiff,              )
                             )       CIVIL ACTION NO.
     v.                      )         1:11cv834-MHT
                             )             (WO)
KUBOTA CORPORATION, a        )
corporation; et al.,         )
                             )
     Defendants.             )
```

                                ORDER

   Because plaintiff Kenneth Edward Jernigan has known for months that defendant Kubota Corporation had not been served and because plaintiff Jernigan let numerous deadlines (not just the discovery deadline) pass without bringing the matter to the attention of the court and without asking for deadline extensions or for other relief, it is ORDERED that plaintiff Kenneth Edward Jernigan's motion for discovery to be reopened (doc. no.

50) is denied.  Plaintiff Jernigan has not established "good cause."  Fed.R.Civ.P. 16(b)(4).

DONE, this the 27th day of August, 2012.


    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE